ROBERTS, NASH & COMPANY, Respondent, *v.* NASSAU
   AND SUFFOLK LIGHTING COMPANY, Appellant.

*Roberts, Nash & Co.* v. *Nassau & Suffolk Lighting Co.*, 174 App.
Div. 883, affirmed.

   (Submitted May 22, 1919; decided June 6, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered June 9, 1916, affirming a judgment in favor of
plaintiff entered upon the report of a referee in an action
to foreclose a mechanic's lien. Plaintiff entered into a
contract to erect a building for defendant and agreed
therein that if the building was not completed by a certain
date ten dollars per day should be deducted from the
contract price. The building was not completed within
the time stipulated. The referee found that as the
defendant itself caused delay by failing to perform some
of its work, it was not entitled to enforce the penalty
clause in the contract, but was only entitled to general
damages.

   *Frederic C. Scofield* and *James M. Vincent* for appellant.
   *William J. Pape* and *Emil A. Williams* for respondent.

   Judgment affirmed, with costs; no opinion.

   Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.